NOT RECOMMENDED FOR PUBLICATION
File Name: 25a0284n.06

Case No. 23-1640

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED** |
| Plaintiff-Appellee, | ) | Jun 09, 2025 |
| | ) | KELLY L. STEPHENS, Clerk |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR |
| DANYELLE AMUND PHILLIPS, JR., | ) | THE WESTERN DISTRICT OF |
| | ) | MICHIGAN |
| Defendant-Appellant. | ) | |
| | ) | OPINION |

Before: SUTTON, Chief Judge; CLAY and THAPAR, Circuit Judges.

PER CURIAM. Danyelle Phillips Jr. pled guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). In his plea agreement, Phillips reserved the right to seek appellate review of the district court's determination that section 922(g)(1) does not violate the Constitution on its face. He does so now. But our court recently held that section 922(g)(1) is facially constitutional. *United States v. Williams*, 113 F.4th 637, 657 (6th Cir. 2024). As Phillips recognizes, this panel can't overrule that decision, so we affirm.